**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JUSTIN R. HENSLEY                                                                                       PLAINTIFF
ADC #138260

V.                                              NO: 3:11CV00121 HDY

DAVID LEACH *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  7  day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE